IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

    Plaintiff,                        No. 2:13-cv-597-JAM-EFB PS

  vs.

JOSEPH CARTAGENAS; HELEN
CARTAGENAS,

    Defendants.                 <u>ORDER</u>
_____/

        On May 2, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

        1. The proposed Findings and Recommendations filed May 2, 2013, are ADOPTED;

        2. Plaintiff's motion to remand, Dckt. No. 4, is granted; and

////

1       3. This case is REMANDED to the Superior Court of the State of California in and for the County of San Joaquin.

DATED: June 17, 2013

                                           /s/ John A. Mendez  
                                           UNITED STATES DISTRICT COURT JUDGE