1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FEDERAL HOME LOAN MORTGAGE
     CORPORATION,
11
                    Plaintiff,              No. 2:13-cv-597-JAM-EFB PS
12
              vs.
13
     JOSEPH CARTAGENAS; HELEN
14   CARTAGENAS,

15                  Defendants.             <u>ORDER</u>
     _____/
16

17          On May 2, 2013, the magistrate judge filed findings and recommendations herein

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within fourteen days.  No objections were filed.

20          The court has reviewed the applicable legal standards and, good cause appearing,

21   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

22          Accordingly, IT IS ORDERED that:

23          1.  The proposed Findings and Recommendations filed May 2, 2013, are

24   ADOPTED;

25          2.  Plaintiff's motion to remand, Dckt. No. 4, is granted; and

26   ////

1

3.  This case is REMANDED to the Superior Court of the State of California in and for the County of San Joaquin.

DATED:   June 17, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE